1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
 mmatern@maternlawgroup.com
Joshua D. Boxer (SBN 226712)
jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone:  (310) 531-1900
Facsimile:  (310) 531-1901

Attorneys for Plaintiff

 Keith A. Jacoby, Bar No. 150233
kjacoby@littler.com
**LITTLER MENDELSON, P.C.**
2049 Century Park East, 5th Floor
Los Angeles, Ca 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

(Additional Counsel on the next page)

ATTORNEYS FOR DEFENDANTS T-MOBILE USA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GAEL F. GROB, on behalf of himself and all others similarly situated,

              Plaintiff,

        vs.

 T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 50, inclusive,

        Defendants.

Case No.  2:19-CV-6352

**JOINT STIPULATION TO DISMISS CASE PURSUANT TO RULE 41**

Complaint Filed:  June 14, 2019

MATERN LAW GROUP, PC
1230 ROSECRANS AVENUE,
STE 200
MANHATTAN BEACH, CA
90266

-1-

JOINT STIPULATION TO DISMISS CASE;
CASE NO.: 2:19-CV-6352

1

Gregory G. Iskander, Bar No.200215
giskander@littler.com

2

LITTLER MENDELSON, P.C.

3

Treat Towers
1255 Treat Boulevard, Suite 600

4

Walnut Creek, Ca 94597

5

Telephone: 925.932.2468
Facsimile: 925.946.9809

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MATERN LAW GROUP, PC
1230 ROSECRANS AVENUE,
STE 200
MANHATTAN BEACH, CA
90266

-2-

JOINT STIPULATION TO DISMISS CASE;
CASE NO.: 2:19-CV-6352

1   Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff
2   Gael F. Grob ("Plaintiff") and Defendants T-Mobile USA, INC. ( "Defendants"),
3   through the undersigned counsel, hereby stipulate to dismissal of the above-entitled
4   action in its entirety.   Pursuant to the settlement reached in *Salgado, et al v. T-*
5   *Mobile USA, Inc.*, (Eastern District of California Case No. Case No.: 1:17-cv-0339-
6   JLT), Plaintiff's claims and the putative class members' claims shall be dismissed
7   with prejudice.

8   DATED:  November 19, 2020          **MATERN LAW GROUP, PC**

9                                          By:  /s/ Joshua D. Boxer
10                                              MATTHEW J. MATERN
                                                JOSHUA D. BOXER
11
                                           Attorneys for Plaintiff
12

13   DATED:  November 19, 2020          **LITTLER MENDELSON LLP**

14                                          By:  /s/      Keith Jacoby
                                                KEITH A. JACOBY
15                                              GREGORY G. ISKANDER
                                                Attorneys for Defendants
16

17   **Certification of Compliance with Central District Cal. L.R. 5-4.3.4(a)(2)**

18       I hereby certify that pursuant to Central District Cal. L.R. 5-4.3.4(a)(2), I
19   have obtained the authorization from the above signatories to file the above-
20   referenced document, and that the above signatories concur in the filing's content.
21   I certify under penalty of perjury under the laws of the United States of America
22   that the foregoing is true and correct.

23   DATED: November 19, 2020           **MATERN LAW GROUP, PC**

24                                          By:  /s/ Joshua D. Boxer
25                                              MATTHEW J. MATERN
                                                JOSHUA D. BOXER
26                                              Attorneys for Plaintiff

27

28

MATERN LAW GROUP, PC
1230 ROSECRANS AVENUE,
STE 200
MANHATTAN BEACH, CA
90266

JOINT STIPULATION TO DISMISS CASE;
CASE NO.: 2:19-CV-6352

-3-