FILED
CLERK, U.S. DISTRICT COURT

11/20/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAEL F. GROB, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 50, inclusive<br><br>Defendants. | Case No. 2:19-cv-6352-CJC-AGR<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE PURSUANT TO RULE 41**<br><br>Judge:     Hon. Cormac J. Carney<br>Courtroom:  9B<br><br>Complaint Filed:  June 14, 2019 |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Gael F. Grob ("Plaintiff") and Defendants T-Mobile USA, INC. ("Defendants"), through the undersigned counsel, hereby stipulate to dismissal of the above-entitled action in its entirety.  Pursuant to the settlement reached in *Salgado, et al v. T-Mobile USA, Inc.*, (Eastern District of California Case No. Case No.: 1:17-cv-0339-JLT), Plaintiff's claims and the putative class members' claims shall be dismissed with prejudice.

The Court finds good cause for granting the parties' request.

DATED: November 20, 2020

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE